# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150994(68)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 150994
                                     COA: 314564
                                     Calhoun CC:  2001-004547-FC

LORINDA IRENE SWAIN,
        Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of Michigan prosecutors John Smietanka, Thomas Cranmer, and James Samuels to extend the time for filing an amicus curiae brief is GRANTED.  The amicus brief will be accepted for filing if submitted on or before January 15, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2015

